```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 00470
   TONI LEACHMAN
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-8169


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 01/10/2008 and was not confirmed.

     The case was dismissed without confirmation 03/06/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------
NISSAN INFINITI            UNSECURED         25258.60            .00             .00
EVERHOME MORTGAGE          CURRENT MORTG         .00             .00             .00
EVERHOME MORTGAGE          MORTGAGE ARRE         .00             .00             .00
NISSAN INFINITI            SECURED VEHIC         .00             .00             .00
CITIBANK                   CURRENT MORTG         .00             .00             .00
CITIBANK                   MORTGAGE ARRE      4900.00             .00             .00
LAKE VIEW OF LYNWOOD CON   SECURED NOT I      1373.64             .00             .00
EVERHOME MORTGAGE          NOTICE ONLY      NOT FILED             .00             .00
DISCOVER                   UNSECURED        NOT FILED             .00             .00
CAPITAL ONE BANK           UNSECURED        NOT FILED             .00             .00
CHASE MANHATTAN            UNSECURED        NOT FILED             .00             .00
FIA CARD SERVICES          UNSECURED        NOT FILED             .00             .00
GE MONEY BANK              UNSECURED          4353.88             .00             .00
WFNNB                      UNSECURED        NOT FILED             .00             .00
COCHRANE & MUELLER         NOTICE ONLY      NOT FILED             .00             .00
PRO SE DEBTOR              DEBTOR ATTY           .00                             .00
TOM VAUGHN                 TRUSTEE                                               .00
DEBTOR REFUND              REFUND                                                .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                           RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                          --------------    --------------
TOTALS                         .00                .00


              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 00470 TONI LEACHMAN
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 05/26/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |